# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ASHLEY COOK, | Case No.: 2:19-cv-00889-APG-CWH |
| Plaintiff | **Order Remanding Case to State Court** |
| v. | |
| KEOLIS TRANSIT SERVICES LLC and HAROLD THOMAS, | |
| Defendants | |

Defendant Keolis Transit Services LLC removed this action on the basis of diversity jurisdiction. ECF No. 1. However, for diversity jurisdiction to exist, there must be complete diversity, "meaning that each plaintiff must be of a different citizenship from each defendant." *Grancare, LLC v. Thrower by & through Mills*, 889 F.3d 543, 548 (9th Cir. 2018). According to the complaint, both plaintiff Ashley Cook and defendant Harold Thomas are Nevada citizens. ECF No. 1-2. The removal petition does not mention Thomas nor explain why his presence in the case does not defeat diversity jurisdiction.

IT IS THEREFORE ORDERED that this case is remanded to the state court from which it was removed for all further proceedings. The Clerk of the Court is instructed to close this case.

DATED this 29th day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE